UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

_____x

Nationwide Judgment Recovery, Inc. as Assignee of    :    Case No.:
Matthew E. Orso   :
  :
              Plaintiff,   :    [ECF CASE]
  :
           - against -   :
  :
LEUNG, KIT   :
  :
           Defendant.     :
  :

_____x

### Notice of Appearance


TO THE CLERK OF THE COURT AND ALL PARTIES OF RECORD:


    PLEASE TAKE NOTICE that Jeffrey Parrella hereby appears as counsel for **Nationwide**

**Judgment Recovery, Inc.**, as Assignee of Matthew E. Orso in the above-captioned matter.


Dated:  11/30/2020
      New York, New York


        By:       /s/ Jeffrey M. Parrella /s/

          Jeffrey Parrella
          Parrella & Associates, LLC
          550 Broad Street, Suite 1001
          Newark, NJ 07102
          Tel(201)987-0014
          Fax(201)944-5459
          parrella.associates@gmail.com

          *Attorneys for Nationwide Judgment Recovery, Inc. as*
          *Assignee of Matthew E. Orso*